Judge Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID MURRAY, <br><br> Defendant. | NO. MJ11-5095 <br><br> MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1.   <u>Eligibility of Case</u>.  This case is eligible for a detention order because this case involves (check all that apply):

   ___   Crime of violence (18 U.S.C. § 3156)

   ___   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

   ___   Crime with a maximum sentence of life imprisonment or death

   _X_   Drug offense with a maximum sentence of ten years or more

   ___   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

MOTION FOR DETENTION HEARING
MURRAY/MJ11-5095 - 1

| | | |
|---|---|---|
| 1 | __ | Felony offense involving a minor victim other than a crime of violence |
| 2 | __ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 4 | __ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 5 | X | Serious risk the defendant will flee |
| 6 | X | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

2. <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    X   Defendant's appearance as required

    X   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    ___   Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

    X   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    ___   Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

    ___   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

//
//
//

MOTION FOR DETENTION HEARING
MURRAY/MJ11-5095 - 2

1        4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct

2 the detention hearing:

3        ____ At the initial appearance

4        _X_ After continuance of _3_ days (not more than 3).

5        DATED this 20th day of May, 2010.

                                                    Respectfully submitted,

                                                    JENNY A. DURKAN
                                                    United States Attorney

                                                    */s Lisca Borichewski*
                                                    LISCA BORICHEWSKI
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    700 Stewart Street, Floor 5
                                                    Seattle, Washington 98101
                                                    Facsimile: 206-553-4440
                                                    Phone: 206-553-2266
                                                    Email:lisca.borichewski@usdoj.gov

MOTION FOR DETENTION HEARING
MURRAY/MJ11-5095 - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

      I hereby certify that on May 20, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Karen Wolgamuth*
KAREN WOLGAMUTH
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5050
FAX:   (206) 553-4440
E-mail: karen.wolgamuth@usdoj.gov

MOTION FOR DETENTION HEARING
MURRAY/MJ11-5095 - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970